IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY D. HARRISON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>DELGUERICO'S WRECKING & SALVAGE, INC. and TONY DELGUERICO, Individually,<br><br>Defendants. | CIVIL ACTION<br><br>No. 13-5353 |

## ORDER

**AND NOW,** this  2nd   day of March, 2016, upon consideration of Defendants, DelGuerico's Wrecking & Salvage, Inc. and Tony DelGuerico's, "Motion For Decertification" (Doc. No. 48) and Plaintiffs, Zachary Harrison, on his behalf and on behalf of the opt-in class members, Travis Coon, Joel Harrison, Zachary Harrison, Kayla Huhn, Tyler Keeping, Larry Snyder, Jr., and Justin Walsh's, Memorandum of Law in Opposition, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in its entirety.  Plaintiff Zachary Harrison is the sole Plaintiff remaining in the above-captioned action and all opt-ins are dismissed without prejudice.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE