IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ZACHARY D. HARRISON, on behalf of himself and others similarly situated, | : <br> : <br> : CIVIL ACTION <br> : |
| Plaintiff, | : |
| v | : No. 13-5353 <br> : |
| DELGUERICO'S WRECKING & SALVAGE, INC. and TONY DELGUERICO, Individually, | : <br> : <br> : |
| Defendants. | : <br> : |

## O R D E R

**AND NOW**, this  29th  day of April, 2016, upon consideration of the Motion for Sanctions Against Thomas P. Donnelly, Esq. and the Law Firm of Antheil Maslow and Macminn, LLP (Doc. No. 55) filed by Defendants, DelGuerico's Wrecking & Salvage, Inc. and Tony DelGuerico, and the Response in Opposition filed by Plaintiff, Zachary Harrison, it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE