IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ZACHARY D. HARRISON, on behalf of himself and others similarly situated, | CIVIL ACTION |
| Plaintiff, |  |
| v | No. 13-5353 |
| DELGUERICO'S WRECKING & SALVAGE, INC. and TONY DELGUERICO, Individually, |  |
| Defendants. |  |

**O R D E R**

**AND NOW**, this 10th day of June, 2016, upon consideration of the Motion for Summary Judgment (Doc. No. 54) filed by Defendants, DelGuerico's Wrecking & Salvage, Inc. and Tony DelGuerico (collectively "Defendants"), the Response in Opposition filed by Plaintiff, Zachary Harrison ("Plaintiff"), and Defendants' Reply to Plaintiff's Opposition it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE