# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY D. HARRISON | : |
| Plaintiff, | : CIVIL ACTION |
| | : No.: 13-5353 |
| v. | : |
| DELGUERICO'S WRECKING & SALVAGE, INC., *et al.* | : |
| Defendant. | : |

**FILED**

OCT 1 7 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 17th day of Oct., 2016, upon consideration of the Parties' Joint Motion for Approval of settlement, it is hereby **ORDERED** that the settlement is APPROVED. The above-captioned matter is hereby dismissed with prejudice pursuant to Local Rule 41.1(b).

_____
The Hon. Robert F. Kelly, U.S.D.J.